IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NINH LE,

Petitioner,

vs.

WARDEN, McCook ICE Detention Center;
and UNITED STATES OF AMERICA,

Respondents.

4:26CV3040

ORDER

Having reviewed Plaintiff's Petition, Filing No. 4, and the Respondents' response, Filing No. 4; Filing No. 6, the Court finds good cause to appoint counsel in this case. Accordingly, IT IS ORDERED:

1. Grant Friedman and Jennifer Houlden of ACLU of Nebraska are hereby appointed to represent Petitioner.  Counsel is directed to promptly enter their appearance in this case.

2. Counsel for Petitioner is appointed to assist Petitioner with the prosecution of his claims and through trial, if this case should proceed to trial.  The appointment will not extend to any appeal after trial.

3. The Clerk of Court is directed to send a copy of this Memorandum and Order to Petitioner and Petitioner's appointed counsel.

4. The deadline for Petitioner to reply in support of the petition is hereby continued pending further order from the judge reassigned to this matter.

5. Because counsel has been appointed, this case is removed from the pro se docket at the direction of the Court.  The Clerk's office shall randomly assign

1

2

new judges to this case and request a reassignment order from the Chief Judge.

Dated this 20th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2