IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NINH LE,<br><br>                    Petitioner,<br><br>        vs.<br><br>WARDEN, McCook ICE Detention Center; and<br>UNITED STATES OF AMERICA,<br><br>                    Respondents. | **4:26CV3040**<br><br><br>**ORDER SETTING DEADLINE FOR<br>REPLY AND SETTING HEARING** |

By Order filed yesterday, the Court set a deadline of February 26, 2026, for Petitioner to file any Reply with the assistance of counsel and set a hearing on Petitioner's Petition for Writ of Habeas Corpus on March 3, 2026. Filing 11. However, later that morning, Petitioner filed an Unopposed Motion for Continuance now before the Court. Filing 12. In his Motion for Continuance, Petitioner requests an extension of ten days to file a Reply and a continuance of the hearing for ten days. Filing 12 at 1–2. Petitioner's counsel assert that they were appointed on February 19, 2026, and appeared on February 23, 2026, but despite diligent efforts, they have not yet been able to set up a visit with their client at the McCook ICE Detention Center because of the logistics involved. Filing 12 at 1–2. They represent that opposing counsel has been consulted and does not object to the Motion for Continuance. Filing 12 at 2. The Court finds good cause for the requested continuance of the reply deadline and the hearing. However, the Court's schedule does not permit a full ten-day continuance of the hearing. Accordingly,

IT IS ORDERED that Petitioner's Unopposed Motion for Continuance, Filing 12, is granted to the extent that

1.      Petitioner shall have to and including Monday, March 9, 2026, within which to file any Reply with the assistance of counsel; and

1

2.    a hearing on Petitioner's Petition for Writ of Habeas Corpus is reset for Thursday, March 12, 2026, at 8:30 a.m. (CDT), via Zoom videoconference. Directions to participate in the hearing will be provided separately. The hearing will consist of oral arguments and will be based on written submissions already in the record at that time. The Court anticipates that the hearing will take no more than fifteen minutes, as the Court is in trial in another matter that day.

Dated this 26th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2